UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-21685-BLOOM/Otazo-Reyes

PRIMERICA LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

XAVIER JOHNSON, *et al.*,

    Defendant.

_____/

## ORDER DISMISSING DISINTERESTED STAKEHOLDER FROM ACTION

**THIS CAUSE** is before the Court upon Plaintiff Primerica Life Insurance Company's Notice of Deposit into Court Registry, ECF No. [24]. Having reviewed that Notice and confirmed the Clerk's receipt of funds, the Court finds that Plaintiff has fully complied with the Court's Order, ECF No. [21].

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff Primerica Life Insurance Company is **DISMISSED** from this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 26, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Xavier Johnson
Jail Number 210160724
c/o Turner Guilford Knight Correctional Center
7000 Northwest 41st Street
Miami, FL 33166